UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 02-CV-2255(SRU) |
| Plaintiff, | |
| v. | |
| NATHAN PRIMUS, | |
| Defendant. | |

FILED
2003 DEC 22  A 10: 35
US DIST
BRIDGE

## UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

The United States of America, by its undersigned counsel, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure on its complaint to reduce to judgment the outstanding unpaid federal income taxes liabilities for tax year 1992 and outstanding unpaid employer withholding tax liabilities for the tax period ended December 31, 1988, of Nathan Primus, insofar as there is no genuine issue of material fact or law and the United States is entitled to summary judgment as a matter of law.

Attached hereto are a declaration in support of this motion, and a Local Rule 56(a)(1) statement, and accompanying this motion is a Memorandum of Law in Support of the United States of America's Motion for Summary Judgment.

Respectfully submitted,

KEVIN J. O'CONNOR
United States Attorney

_____
BARRY E. REIFERSON  ct 24580
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6058
Facsimile:  (202) 514-5238

oral argument not requested