UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 22  A 10: 35

UNITED STATES OF AMERICA,   Case No. 02-CV-2255(SRU)

   Plaintiff,

v.

NATHAN PRIMUS,

   Defendant.
_____/

## LOCAL RULE 56(a)1 STATEMENT

In accordance with Local Rule 56(a)1 and in support of its motion for summary judgment in the above-captioned case, the United States submits this statement of material facts as to which it contends there are no genuine issues.

1.  On February 24, 1999, defendant Nathan Primus filed an Amended U.S. Individual Income Tax Return for calendar year 1992 with an attached Application for Tentative Refund for tax year 1993, in order to claim a tax refund or credit resulting from the carryback of a net operating loss incurred in 1993.

2.  On February 24, 1999, defendant Nathan Primus filed an Amended U.S. Individual Income Tax Return for calendar year 1992 with an attached Application for Tentative Refund for tax year 1994, in order to claim a tax refund or credit resulting from the carryback of a net operating loss incurred in 1994.

3.  Nathan Primus' U.S. Individual Income tax Return for tax year 1993 was last due on October 15, 1994.

4. Nathan Primus' U.S. Individual Income tax Return for tax year 1994 was last due on October 15, 1995.

5. There exists no agreement, nor ever existed any agreement, between Nathan Primus and the Secretary of the Treasury of the United States of America, under the provisions of 26 U.S.C. § 6501(c)(4), extending the period for assessment of a tax imposed by the Internal Revenue Code (26 U.S.C.), with respect to tax years 1993 and/or 1994.

6. Nathan Primus was a partner of Primus Construction Company.

7. Primus Construction Company filed its Employer's Quarterly Tax Return for the tax period ended December 31, 1988 on or about November 4, 1994.

8. On November 4, 1994, the Internal Revenue Service made an assessment against Nathan Primus as partner of Primus Construction Company of federal withholding tax liabilities for the tax period ended December 31, 1988.

Respectfully submitted,

KEVIN J. O'CONNOR
United States Attorney

BARRY E. REIFERSON  ct 24580
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6058

2