UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 22  A 10: 35

US DISTRICT
BRIDG___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  02-CV-2255(SRU) |
| Plaintiff, | |
| v. | |
| NATHAN PRIMUS, | |
| Defendant. | |

_____/

## DECLARATION OF BARRY E. REIFERSON

I, Barry E. Reiferson, pursuant to 28 U.S.C. § 1746, declare, that:

1.      I am an attorney employed in the Civil Trial Section of the Tax Division of the United States Department of Justice to whom the above-captioned case has been assigned.  As such, I have in my possession certain originals and copies of documents obtained from the Internal Revenue Service (IRS) that relate to the tax assessments that are the subject of this lawsuit and/or copies of documents that were obtained in discovery in this lawsuit.

2.      Attached herewith are the following exhibits, which are true and correct copies:

Ex. 1.  Form 4340, Certificate of Assessments and Payments

for Nathan Primus, for tax year 1992;

Ex. 2.  Form 4340, Certificate of Assessments and Payments for Nathan & John

Henry Primus Ptr, for tax year period ended December 31, 1988.

Ex. 3.  Form 1040X Amended U.S. Individual Income Tax Return for Nathan Primus, tax year 1992, with attached Form 1045 Application for Tentative Refund, tax year 1993;

Ex. 4.  Form 1040X Amended U.S. Individual Income Tax Return for Nathan Primus, tax year 1992, with attached Form 1045 Application for Tentative Refund, tax year 1994 .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of December, 2003 at Washington, D.C.

BARRY E. REIFERSON   ct 24580
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, N.W.
Washington, D.C.  20001
Telephone: (202) 514-6058
Facsimile: (202) 514-5238

# Exhibit 1

# CERTIFICATE OF ASSESSMENTS AND PAYMENTS

Page 1

Name of Taxpayer: NATHAN E PRIMUS
Address: 102 FARMSTEAD RD
SOUTHINGTON CT  06489

EIN or SSN: 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
Spouse SSN:
Form     : 1040
Period   : 9212

| Date | Explanation of Transactions | Assessment (Abatement) | Credit (Credit Reversal) | DLN or Account Number | 23C Date |
|---|---|---|---|---|---|
| 08/22/94 | RETURN FILED | 26,184.00 | | 08221-246-13936 | 10/03/94 |
| 04/15/93 | EXTENSION OF TIME FOR FILING | | 0.00 | | |
| | EXT DATE 08/15/93 | | | | |
| 08/18/93 | EXTENSION OF TIME FOR FILING | | 0.00 | | |
| | EXT DATE 10/15/93 | | | | |
| 10/03/94 | ESTIMATED TAX PENALTY | 267.55 | | | |
| | DELINQUENCY PENALTY | 5,891.40 | | | |
| | FAILURE TO PAY TAX PENALTY | 2,356.56 | | | |
| | INTEREST | 3,342.03 | | | |
| 02/06/95 | FEES AND COSTS | 20.00 | | | |
| 04/26/99 | ADDITIONAL TAX ASSESSMENT | | | 08254-496-98002* | |
| 10/03/94 | FIRST NOTICE | 0.00 | | | |
| | ACCRUED INTEREST | | | | |
| | 07/10/00  24,478.57 | | | | |
| | ACCRUED PENALTY | | | | |
| | 07/10/00   4,189.44 | | | | |
| 08/18/00 | AGI  98,686.00 | | | | |
| | TXI  92,786.00 | | | | |
| | SET   1,769.00 | | | | |

Ending Balance:                          38,061.54

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified,
is a true and complete transcript for the period stated, of all assessments, penalties, interest,
abatements, credits, refunds and advance or unidentified payments relating thereto as disclosed by the
records of this office as of the date of this certification.

Signature of Supervisor (required for certification)

Location: INTERNAL REVENUE SERVICE CENTER
NORTH ATLANTIC REGION, ANDOVER, MA 01812

COMPLIANCE DIVISION _Fran O. Lissette_

Date: 08/22/2000  Initials: RPR-LAG

Department of the Treasury - Internal Revenue Service

Form 4340

# Exhibit 2

## CERTIFICATE OF ASSESSMENTS AND PAYMENTS

Page 1

Name of Taxpayer: NATHAN & JOHN HENRY PRIMUS PTR
Address: PRIMUS CONSTRUCTION CO
FARMSTEAD RD APT 34
SOUTHINGTON CT 06489

EIN or SSN: 06-1180362
Spouse SSN:
Form    : 941
Period  : 8812

| Date | Explanation of Transactions | Assessment (Abatement) | Credit (Credit Reversal) | DLN or Account Number | 23C Date |
|---|---|---|---|---|---|
| 11/04/94 | RETURN FILED | 1,906.36 | | 08141-330-06041 | 12/26/94 |
| 01/31/89 | DELINQUENCY PENALTY | 428.93 | | | |
| 12/26/94 | DEPOSIT PENALTY | 190.63 | | | |
| | FAILURE TO PAY TAX PENALTY | 476.59 | | | |
| | INTEREST | 1,689.62 | | | |
| 02/13/95 | FEES AND COSTS | 20.00 | | | |
| 04/12/95 | PAYMENT | | 1,600.00 | | |
| 08/03/95 | PAYMENT | | 1,531.48 | | |
| 12/26/94 | FIRST NOTICE | | | | |
| | ACCRUED INTEREST | | | | |
| | 08/28/00  1,200.13 | | | | |

Ending Balance:  1,580.65

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified,
is a true and complete transcript for the period stated, of all assessments, penalties, interest,
abatements, credits, refunds and advance or unidentified payments relating thereto as disclosed by the
records of this office as of the date of this certification.

Signature of Supervisor (required for certification)    Location:  INTERNAL REVENUE SERVICE CENTER
NORTH ATLANTIC REGION, ANDOVER, MA 01812

COMPLIANCE DIVISION _Laura O. Hernandez_    Date: 08/22/2000  Initials: RPR-LAG

Department of the Treasury - Internal Revenue Service

Form 4340

TOTAL P.03

# Exhibit 3

Form **1040X**
(Rev. October 1993)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

► See separate instructions.

OMB No. 1545-0091
Expires 10-31-96

This return is for calendar year ► 19 **92** , OR fiscal year ended ► _____ , 19 ____

| | | | |
|---|---|---|---|
| Your first name and initial  **NATHAN** | Last name  **PRIMUS** | | Your social security number  **042 60 7689** |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see instructions  **107 FARMINGTON AVE** | | Apt. no.  **34** | Telephone number (optional)  ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions.  **SOUTHINGTON, CT, 06489** | | | For Paperwork Reduction Act Notice, see page 1 of separate instructions. |

Enter name and address as shown on original return. If same as above, write "Same." If changing from separate to joint return, enter names and addresses from original returns.

**A** Service center where original return was filed

**ANDOVER, MA**

**B** Has original return been changed or audited by the IRS? . . . ☐ Yes ☑ No
If "No," have you been notified that it will be? . . . . . ☐ Yes ☑ No
If "Yes," identify the IRS office ►

**C** Are you amending your return to include any item (loss, credit, deduction, other tax benefit, or income) relating to a tax shelter required to be registered? . . . . . . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," you must attach Form 8271, Investor Reporting of Tax Shelter Registration Number.

**D** Filing status claimed. **Note:** You cannot change from joint to separate returns after the due date has passed.

On original return ► ☑ Single  ☐ Married filing joint return  ☐ Married filing separate return  ☐ Head of household  ☐ Qualifying widow(er)
On this return ► ☑ Single  ☐ Married filing joint return  ☐ Married filing separate return  ☐ Head of household  ☐ Qualifying widow(er)

### Income and Deductions (see instructions)

**Caution:** Be sure to complete Part II on page 2.

| | | | A. As originally reported or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain on page 2 | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Total income | 1 | 99,943 | | 99,943 |
| 2 | Total adjustments (such as IRA deduction, alimony paid, etc.) | 2 | 1,257 | 54,232 | 55,489 |
| 3 | Adjusted gross income. Subtract line 2 from line 1 | 3 ✓ | 98,686 | (54,232) | 44,454 |
| 4 | Itemized deductions or standard deduction | 4 | 3,600 | | 3,600 |
| 5 | Subtract line 4 from line 3 | 5 | 95,086 | (54,232) | 40,854 |
| 6 | Exemptions. If changing, fill in Parts I and II on page 2 | 6 | 2,300 | | 2,300 |
| 7 | Taxable income. Subtract line 6 from line 5 | 7 | 92,786 | (54,232) | 38,554 |
| 8 | Tax (see instructions). Method used in col. C  TAX TABLES | 8 | 24,415 | (16,402) | 8,013 |
| 9 | Credits (see instructions) | 9 | | | |
| 10 | Subtract line 9 from line 8. Enter the result but not less than zero | 10 | 24,415 | (16,402) | 8,013 |
| 11 | Other taxes (such as self-employment tax, alternative minimum tax) | 11 ✓ | 1,769 | | 1,769 |
| 12 | Total tax. Add lines 10 and 11 | 12 | 26,184 | (16,402) | 9,782 |
| 13 | Federal income tax withheld and excess social security, Medicare, and RRTA taxes withheld. If changing, see instructions | 13 | | | |
| 14 | Estimated tax payments | 14 | | | |
| 15 | Earned income credit | 15 | | | |
| 16 | Credits for Federal tax paid on fuels, regulated investment company, etc. | 16 | | | |
| 17 | Amount paid with Form 4868, or Form 2688 (application for extension of time to file) | | 17 | | |
| 18 | Amount paid with original return plus additional tax paid after it was filed | | 18 | | |
| 19 | Total payments. Add lines 13 through 18 in column C | | 19 | | — |

### Refund or Amount You Owe

| | | | | |
|---|---|---|---|---|
| 20 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 20 | | — |
| 21 | Subtract line 20 from line 19 (see instructions) | 21 | | |
| 22 | **AMOUNT YOU OWE.** If line 12, column C, is more than line 21, enter the difference and see instructions | 22 | | 9,782 |
| 23 | **REFUND** to be received. If line 12, column C, is less than line 21, enter the difference | 23 | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► Your signature  *Nathan Primus*  Date *2.15.99*

Spouse's signature. If a joint return, BOTH must sign.  Date

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature  *Samuel Schwartz CPA* | Date  8/3/98 | Check if self-employed ☐ | Preparer's social security no.  046 38 1314 | |
| Firm's name (or yours if self-employed) and address | SCHWARTZ & NESBITT, P.C., E.I. # 06-0916938  281 FARMINGTON AVENUE, FARMINGTON, CT 06032 | | E.I. No. | ZIP code |

Cat. No. 11360L

Form **1040X** (Rev. 10-93)

27

RECEIVED FEB 2 4 1999 ANDOVER SERVICE CENTER 0815 08 01812

Form 1040X (Rev. 10-93)

**Page 2**

## Part I  Exemptions. See Form 1040 or Form 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 24–30 and, if applicable, line 31.
If claiming fewer exemptions, complete lines 24–29.

| | | A. Number originally reported | B. Net change | C. Correct number |
|---|---|---|---|---|
| 24 | Yourself and spouse . . . . . . . . . .  **24** | | | |
| | Caution: If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 25 | Your dependent children who lived with you . . . .  **25** | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation  **26** | | | |
| 27 | Other dependents . . . . . . . . . .  **27** | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . . .  **28** | | | |

29  Multiply the number of exemptions claimed on line 28 by the amount listed below for the tax year you are amending. Enter the result here and on line 6.

| Tax Year | Exemption Amount | But see the instructions if the amount on line 3 is over: |
|---|---|---|
| 1993 | $2,350 | $81,350 |
| 1992 | 2,300 | 78,950 |
| 1991 | 2,150 | 75,000 |
| 1990 | 2,050 | Not applicable for tax year 1990. |

**29**

30  Dependents (children and other) not claimed on original return:

| (a) Dependent's name (first, initial, and last name) | (b) Check if under age 1 (under age 2 if a 1990 return) | (c) If age 1 or older (age 2 or older if a 1990 return), enter dependent's social security number | (d) Dependent's relationship to you | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 30 who lived with you . . . ▶ ☐
No. of your children on line 30 who didn't live with you due to divorce or separation (see instructions) ▶ ☐
No. of dependents on line 30 not entered above . . ▶ ☐

31  If your child listed on line 30 didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

## Part II  Explanation of Changes to Income, Deductions, and Credits

Enter the line number from page 1 for each item you are changing and give the reason for each change. Attach all supporting forms and schedules for items changed. If you don't, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change pertains to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here . . . . . . . . . ▶ ☑

SEE FORM 1045 ATTACHED

## Part III  Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want to have $3 (or $1 if a 1992 return) go to the fund but now want to, check here . . . . . . . . . . . . . ▶ ☐ $3 for 1993   ☐ $1 for 1992
If a joint return and your spouse did not previously want to have $3 (or $1 if a 1992 return) go to the fund but now wants to, check here . . . . . . . . . . ▶ ☐ $3 for 1993   ☐ $1 for 1992

28

Form **1045**

Department of the Treasury
Internal Revenue Service

## Application for Tentative Refund

► Before you fill out this form, read the separate instructions.
► Do not attach to your income tax return—mail in a separate envelope.
► For use by individuals, estates, or trusts.

OMB No. 1545-0098

**1993**

| Name Nathan Primus | Social security or employer identification number 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 |
|---|---|
| Number, street, and apt. or suite no. If you have a P.O. box or a foreign address, see the instructions. | Spouse's social security number |
| City, town or post office, state, and ZIP code | Telephone no. (optional) ( ) |

| | **a** Net operating loss (from Schedule A, page 2, line 25) | **b** Unused general business credit |
|---|---|---|
| **1** This application is filed to carry back: | $ 135,585 | $ |

| **2a** For the calendar year 1993, or other tax year beginning , 1993, ending , 19 | **b** Date tax return was filed | **c** Service center where tax return was filed |
|---|---|---|

**3** If this application is for an unused credit created by another carryback, give year of the first carryback ► .................

**4** If you filed a joint return (or separate return) for some, but not all of the tax years involved in figuring the carryback, enter the years of the joint or separate returns ► .................

**5** If social security number for carryback year is different from above, enter a SSN ► ............... and b Year(s) ► ............

**6** If you changed your accounting period, give date permission to change was granted ► ............

**7** Have you filed a petition in Tax Court for the year(s) to which the carryback is to be applied? . . . . . ☐ Yes ☐ No

**8** Does this carryback include a loss or credit from a tax shelter required to be registered? . . . . . ☐ Yes ☐ No

| Computation of Decrease in Tax<br>Note: If 1a is blank, skip lines 9 through 15. | 3rd preceding tax year ended ► 1990 | | 2nd preceding tax year ended ► 1991 | | 1st preceding tax year ended ► 1992 | |
|---|---|---|---|---|---|---|
| | (a) Before carryback | (b) After carryback | (c) Before carryback | (d) After carryback | (e) Before carryback | (f) After carryback |
| **9** Adjusted gross income from tax return or as previously adjusted . . . . . | 31,396 | 31,396 | 56,607 | 56,607 | 98,686 | 98,686 |
| **10** Net operating loss deduction after carryback. See instructions . . . | | 135,585 | | 107,439 | | 54,232 |
| **11** Subtract line 10 from line 9 . . . | 31,396 | — | 56,607 | — | 98,686 | 44,454 |
| **12** Deductions. See instructions . . . | 3,250 | | 3,400 | | 3,600 | 3,600 |
| **13** Subtract line 12 from line 11 . . . | 28,146 | | 53,207 | | 95,086 | 40,854 |
| **14** Exemptions . . . . . . . . | 2,050 | | 2,150 | | 2,300 | 2,300 |
| **15** Taxable income. Subtract line 14 from line 13 . . . . . . . | 26,096 | — | 51,057 | | 92,786 | 38,554 |
| **16** Income tax. See instructions—attach explanation . . . . . . . | 4,773 | — | 11,703 | | 24,415 | 8,013 |
| **17** General business credit . . . . | | | | | | |
| **18** Other credits. Identify . . . . . | | | | | | |
| **19** Total credits. Add lines 17 and 18 | — | | — | | — | — |
| **20** Subtract line 19 from line 16 . . | 4,773 | — | 11,703 | — | 24,415 | 8,013 |
| **21** Recapture taxes . . . . . . | | | | | | |
| **22** Alternative minimum tax . . . . | | | | | | |
| **23** Self-employment tax . . . . . | 935 | 935 | 5,521 | 5,521 | 1,769 | 1,769 |
| **24** Other taxes . . . . . . . | | | | | | |
| **25** Total tax liability. Add lines 20 through 24 | 5,708 | 935 | 17,224 | 5,521 | 26,184 | 9,782 |
| **26** Enter amount from line 25, cols. (b), (d), and (f) . . . . . . . . | 935 | | 5,521 | | 9,782 | |
| **27** Decrease in tax. Subtract line 26 from line 25 . . . . . . . . | 4,773 | | 11,703 | | 16,402 | |

**28** Overpayment of tax due to a claim of right adjustment under section 1341(b)(1)—attach computation . .

**Sign Here**

Keep a copy of this application for your records

Under penalties of perjury, I declare that I have examined this application and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

| Your signature | Date |
|---|---|
| Spouse's signature (if Form 1045 is filed jointly, BOTH must sign) | Date |

| **Preparer Other Than Taxpayer** | Name ► | Date |
|---|---|---|
| | Address ► | |

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10670A    Form **1045** (1993)

# Schedule A - Net Operating Loss (NOL)

**1993**

Name

NATHAN E PRIMUS

Social Security Number: 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

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Adjusted gross income from 1993 Form 1040, line 32. Estates and trusts, skip lines 1 and 2 | 1 | -135,042. |
| 2 | Deductions (individuals only): | | |
| 2a | Enter amount from your 1993 Form 1040, line 34 | 2a | 3,100. |
| 2b | Enter your deduction for exemptions from 1993 Form 1040, line 36 | 2b | 2,350. |
| 2c | Add lines 2a and 2b | 2c | -5,450. |
| 3 | Combine lines 1 and 2c. Estates and trusts, enter your taxable income | 3 | -140,492. |

Note: If line 3 is zero or more, do not complete rest of schedule. You do not have a net operating loss.

**Adjustments:**

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 4 | Deduction for exemptions from line 2b above. Estates and trusts, enter exemption amount from your tax return | | | 4 | 2,350. |
| 5 | Total nonbusiness capital losses before limitation. Enter as a positive number | 5 | | | |
| 6 | Total nonbusiness capital gains | 6 | | | |
| 7 | If line 5 is more than line 6, enter difference; otherwise, enter -0- | 7 | | | |
| 8 | If line 6 is more than line 5, enter difference; otherwise, enter -0- | 8 | | | |
| 9 | Nonbusiness deductions. See instructions | 9 | 3,100. | | |
| 10 | Nonbusiness income other than capital gains. See instructions | 10 | 543. | | |
| 11 | Add lines 8 and 10 | 11 | 543. | | |
| 12 | If line 9 is more than line 11, enter difference; otherwise, enter -0- | | | 12 | 2,557. |
| 13 | If line 11 is more than line 9, enter difference; otherwise, enter -0-. Do not enter more than line 8 | 13 | | | |
| 14 | Total business capital losses before limitation. Enter as a positive number | 14 | | | |
| 15 | Total business capital gains | 15 | | | |
| 16 | Add lines 13 and 15 | 16 | | | |
| 17 | If line 14 is more than line 16, enter difference; otherwise, enter -0- | 17 | | | |
| 18 | Add lines 7 and 17 | 18 | | | |
| 19 | Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17, column (c), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line, skip lines 19 through 21 and enter on line 22 the amount from line 18 | 19 | | | |
| 20 | Enter the loss from line 19 of Schedule D (Form 1040). (Estates and trusts, enter the loss from line 18 of Schedule D (Form 1041).) Enter as a positive number | 20 | | | |
| 21 | Subtract line 20 from line 19 | 21 | | | |
| 22 | Subtract line 21 from line 18 | | | 22 | |
| 23 | Net operating loss deduction for losses from other years. Enter as a positive number | | | 23 | |
| 24 | Add lines 4, 12, 22, and 23 | | | 24 | 4,907. |
| 25 | Net operating loss. Combine lines 3 and 24. If the combined amount is less than zero, enter it here and on page 1, line 1a. If the combined amount is zero or more, you do not have a net operating loss | | | 25 | -135,585. |

326101
12-10-93
12180712   758117        080  PRIMUS  NATHAN E                    19124922

Form 1045 (1993)

Page **3**

## Schedule B—Net Operating Loss Carryover. See instructions.

| Complete one column **before** going to the next column. | (a) 3rd preceding tax year ended ▶ 1990 | (b) 2nd preceding tax year ended ▶ 1991 | (c) 1st preceding tax year ended ▶ |
|---|---|---|---|
| 1 **Net operating loss deduction.** In column (a), enter as a positive number the net operating loss from Schedule A, line 25. In columns (b) and (c), enter amounts from line 8 below, columns (a) and (b), respectively . . . . . . . | 135,585 | 107,439 | |
| 2 Taxable income from tax return (or as previously adjusted) before 1993 NOL carryback. (For individuals, if line 37 of Form 1040 is zero, subtract line 36 (Form 1040) from line 35 (Form 1040), and enter the difference as a negative number . . . . . | 26,096 | 51,057 | |
| 3 Net capital loss deduction from Sch. D (Form 1040) (line 20 of 1992 Sch. D, line 18 of 1991 Sch. D, line 19 of 1990 Sch. D), or from Sch. D (Form 1041), line 18. Enter as a positive number | — | — | |
| 4 Adjustments to adjusted gross income. See instructions | — | — | |
| 5 Adjustment to itemized deductions. See instructions | — | — | |
| 6 Deduction for exemptions from tax return (or as previously adjusted). Estates and trusts, enter your exemption amount | 2,050 | 2,150 | |
| 7 Modified taxable income. Combine lines 2 through 6. If zero or less, enter -0- . . . . . | 28,146 | 53,207 | |
| 8 **Net operating loss carryover.** Subtract line 7 from line 1. If zero or less, enter -0-. See instructions . . | 107,439 | 54,232 | |
| **Adjustment to Itemized Deductions (Individuals Only)** | | | |
| *Complete lines 9 through 33* **ONLY** if, for any of the 3 preceding years, you itemized deductions and line 3 above has an entry other than zero. | | | |
| 9 Adjusted gross income per return (or as previously adjusted) before 1993 NOL carryback. . . . . . . | | | |
| 10 Add lines 3 and 4 above . . . . | | | |
| 11 Modified adjusted gross income. Add lines 9 and 10 . | | | |
| 12 Medical expenses from Sch. A (Form 1040), line 1. . . . . . . | | | |
| 13 Multiply line 11 by .075 . . . . | | | |
| 14 Subtract line 13 from line 12. If zero or less, enter -0- . . . . . . | | | |
| 15 Medical expenses from Sch. A (Form 1040), line 4 (or as previously adjusted) | | | |
| 16 Subtract line 14 from line 15 . . . | | | |

81

# Exhibit 4

Form **1040X** (Rev. November 1997)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 19 **92**, OR fiscal year ended ▶ _____, 19 ___

Your first name and initial: **NATHAN E.**  Last name: **PRIMUS**

Your social security number: **042 60 7689**

If a joint return, spouse's first name and initial _____ Last name _____

Spouse's social security number _____

Home address (no. and street) or P.O. box if mail is not delivered to your home: **105 FARMSTEAD ROAD**  Apt. no. **34**

Telephone number (optional) ( )

City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. **SOUTHINGTON, CT 06489-2452**

For Paperwork Reduction Act Notice, see page 4.

A If the name or address shown above is different from that shown on the original return, check here ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☑ No

C Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☐ Married filing joint return ☑ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing joint return ☑ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

USE PART II ON BACK TO EXPLAIN ANY CHANGES

### Income and Deductions (see instructions)

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 | Adjusted gross income (see instructions) | 44,454 | (44,454) | — |
| 2 | Itemized deductions or standard deduction | 3,600 | | 3,600 |
| 3 | Subtract line 2 from line 1 | 40,854 | (44,454) | (3,600) |
| 4 | Exemptions. If changing, fill in Parts I and II on back | 2,300 | | 2,300 |
| 5 | Taxable income. Subtract line 4 from line 3 | 38,554 | (44,454) | (5,900) |
| 6 | Tax (see instructions). Method used in col. C | 8,013 | (8,013) | |
| 7 | Credits (see instructions) | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8,013 | (8,013) | |
| 9 | Other taxes (see instructions) | 1,769 | | 1,769 |
| 10 | Total tax. Add lines 8 and 9 | 9,782 | (8,013) | 1,769 |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions | 11 | | |
| 12 | Estimated tax payments, including amount applied from prior year's return | | | |
| 13 | Earned income credit | | | |
| 14 | Credits from Form 4136 or Form 2439 | | | |
| 15 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | 15 | | |
| 16 | Amount of tax paid with original return plus additional tax paid after it was filed | 16 | | |
| 17 | Total payments. Add lines 11 through 16, column C | 17 | | — |

### Refund or Amount You Owe

| | | | |
|---|---|---|---|
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 18 | — |
| 19 | Subtract line 18 from line 17 (see instructions) | 19 | — |
| 20 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | 1,769 |
| 21 | If line 10, column C, is less than line 19, enter the difference | 21 | |
| 22 | Amount of line 21 you want **REFUNDED TO YOU** | 22 | |
| 23 | Amount of line 21 you want **APPLIED TO YOUR 19__ ESTIMATED TAX** ▶ 23 | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Your signature: *Nathan Primus*  Date: 1/25/99

Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature: *S. Daniel Schonholtz CPA*  Date 8/31/98  Check if self-employed ☐  Preparer's social security no. 040 38 1314

Firm's name (or yours if self-employed) and address: SCHWARTZ & NESBITT, P.C., E.I. # 06-0916938  281 FARMINGTON AVENUE, FARMINGTON, CT 06032

EIN _____ ZIP code _____

Cat. No. 11360L      Form **1040X** (Rev 11-97)

Form 1040X (Rev. 11-97)                                                                                                          Page **2**

| **Part I** | Exemptions. See Form 1040, Form 1040A, or Form 1040-T instructions. | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|

If you are **not changing** your exemptions, do not complete this part.
If claiming **more exemptions**, complete lines 24–30 and, if applicable, line 31.
If claiming **fewer exemptions**, complete lines 24–29.

| | | | | | |
|---|---|---|---|---|---|
| 24 | Yourself and spouse  .  .  .  .  .  .  .  . | **24** | | | |
| | **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | | | | |
| 25 | Your dependent children who lived with you  .  .  .  .  . | **25** | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation  .  .  .  .  . | **26** | | | |
| 27 | Other dependents  .  .  .  .  .  .  .  . | **27** | | | |
| 28 | Total number of exemptions. Add lines 24 through 27  .  .  . | **28** | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | | |

| Tax year | Exemption amount | But see the instructions if the amount on line 1 is over: |
|---|---|---|
| 1997 | $2,650 | $90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |
| 1994 | 2,450 | 83,850 |

| | | |
|---|---|---|
| | **29** | |

30   Dependents (children and other) not claimed on original (or adjusted) return:

| (a)  First name       Last name | (b) Dependent's social security number. If born in the tax year you are amending, see instructions. | (c) Dependent's relationship to you | (d) No. of months lived in your home |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on line 30 who:
● lived with you  ▶  ☐
● did not live with you due to divorce or separation (see instructions)  ▶  ☐
Dependents on line 30 not entered above ▶  ☐

31   For tax years before 1996, if your child listed on line 30 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐

| **Part II** | Explanation of Changes to Income, Deductions, and Credits |
|---|---|

Enter the line number from the front of the form for each item you are changing and give the reason for each change. **Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned.** Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here  .  .  .  .  .  .  .  .  ▶ ☐

SEE FORM 1045 ATTACHED

| **Part III** | Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund. |
|---|---|

If you did not previously want to have $3 go to the fund but now want to, check here  .  .  .  .  .  ▶ ☐
If a joint return and your spouse did not previously want to have $3 go to the fund but now wants to, check here  .  .  .  ▶ ☐

✱

50

Form **1045**

## Application for Tentative Refund

► Before you fill in this form, read the separate instructions.
► Do not attach to your income tax return—mail in a separate envelope.
► For use by individuals, estates, or trusts.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0098

**1994**

| | |
|---|---|
| Name (and name of spouse if filing jointly) NATHAN E. PRIMUS | Social security or employer identification number |
| Number, street, and apt. or suite no. If you have a P.O. box or a foreign address, see the instructions. | Spouse's social security number |
| City, town or post office, state, and ZIP code | Telephone no. (optional) ( ) |

**1** This application is filed to carry back:  **a** Net operating loss (from Schedule A, page 2, line 25) $ ____  **b** Unused general business credit $ ____

**2a** For the calendar year 1994, or other tax year beginning _____ , 1994, ending _____ . 19 ___  **b** Date tax return was filed  **c** Service center where tax return was filed

**3** If this application is for an unused credit created by another carryback, give year of the first carryback ► ....................

**4** If you filed a joint return (or separate return) for some, but not all, of the tax years involved in figuring the carryback, enter the years of the joint and separate returns ► ....................

**5** If social security number for carryback year is different from above, enter a SSN ► .............and **b** Year(s) ► ............

**6** If you changed your accounting period, give date permission to change was granted ► ....................

**7** Have you filed a petition in Tax Court for the year(s) to which the carryback is to be applied? . . . . ☐ Yes ☐ No

**8** Does this carryback include a loss or credit from a tax shelter required to be registered? . . . . . . ☐ Yes ☐ No

### Computation of Decrease in Tax

Note: If 1a is blank, skip lines 9 through 15.

3rd preceding tax year ended ► 1991   2nd preceding tax year ended ► 1992   1st preceding tax year ended ► 1993

| | | (a) Before carryback | (b) After carryback | (c) Before carryback | (d) After carryback | (e) Before carryback | (f) After carryback |
|---|---|---|---|---|---|---|---|
| 9 | Adjusted gross income from tax return or as previously adjusted . . . . | — | — | 44,454 | 44,454 | — | — |
| 10 | Net operating loss deduction after carryback. See instructions . . . | | | | 44,454 | | |
| 11 | Subtract line 10 from line 9 | | | 44,454 | — | | |
| 12 | Deductions. See instructions . . | | | 3,600 | | | |
| 13 | Subtract line 12 from line 11 . . | | | 40,854 | | | |
| 14 | Exemptions . . . . . . . | | | 2,300 | | | |
| 15 | Taxable income. Subtract line 14 from line 13 | | | 38,554 | | | |
| 16 | Income tax. See instructions—attach explanation | | | 8,013 | — | | |
| 17 | General business credit . . . . | | | | | | |
| 18 | Other credits. Identify | | | | | | |
| 19 | Total credits. Add lines 17 and 18 . | | | — | — | | |
| 20 | Subtract line 19 from line 16 . . . | | | | | | |
| 21 | Recapture taxes . . . . . . | | | | | | |
| 22 | Alternative minimum tax . . . | | | | | | |
| 23 | Self-employment tax . . . . . | | | 1,769 | 1,769 | | |
| 24 | Other taxes . . . . . . . | | | | | | |
| 25 | Total tax liability. Add lines 20 through 24 | | | 9,782 | 1,769 | | |
| 26 | Enter amount from line 25, cols. (b), (d), and (f) . . . . . . . . | | | 1,769 | | | |
| 27 | Decrease in tax. Subtract line 26 from line 25 | | | 8,013 | | | |

**28** Overpayment of tax due to a claim of right adjustment under section 1341(b)(1)—attach computation

### Sign Here

Keep a copy of this application for your records.

Under penalties of perjury, I declare that I have examined this application and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.

| Your signature | | Date |
|---|---|---|
| Spouse's signature (if Form 1045 is filed jointly, BOTH must sign) | | Date |

| Preparer Other Than Taxpayer | Name ► | | Date |
|---|---|---|---|
| | Address ► | | |

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10670A    Form **1045** (1994)

# Schedule A - Net Operating Loss (NOL)

# 1994

Name

NATHAN E PRIMUS

Social Security Number

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

| | | | |
|---|---|---|---|
| 1 Adjusted gross income from 1994 Form 1040, line 32. Estates and trusts, skip lines 1 and 2 | | **1** | -125,847. |
| 2 Deductions (individuals only): | | | |
| a Enter amount from your 1994 Form 1040, line 34 | **2a** 3,175. | | |
| b Enter your deduction for exemptions from 1994 Form 1040, line 36 | **2b** 4,900. | | |
| c Add lines 2a and 2b | | **2c** | -8,075. |
| 3 Combine lines 1 and 2c. Estates and trusts, enter your taxable income | | **3** | -133,922. |

Note: If line 3 is zero or more, do not complete rest of schedule. You **do not** have a net operating loss.

**Adjustments:**

| | | | |
|---|---|---|---|
| 4 Deduction for exemptions from line 2b above. Estates and trusts, enter exemption amount from your tax return | | **4** | 4,900. |
| 5 Total nonbusiness capital losses before limitation. Enter as a positive number | **5** | | |
| 6 Total nonbusiness capital gains | **6** | | |
| 7 If line 5 is more than line 6, enter difference; otherwise, enter -0- | **7** 0. | | |
| 8 If line 6 is more than line 5, enter difference; otherwise, enter -0- | **8** 0. | | |
| 9 Nonbusiness deductions. See instructions | **9** 3,175. | | |
| 10 Nonbusiness income other than capital gains. See instructions | **10** 3. | | |
| 11 Add lines 8 and 10 | **11** 3. | | |
| 12 If line 9 is more than line 11, enter difference; otherwise, enter -0- | | **12** | 3,172. |
| 13 If line 11 is more than line 9, enter difference; otherwise, enter -0-. Do not enter more than line 8 | **13** 0. | | |
| 14 Total business capital losses before limitation. Enter as a positive number | **14** | | |
| 15 Total business capital gains | **15** | | |
| 16 Add lines 13 and 15 | **16** | | |
| 17 If line 14 is more than line 16, enter difference; otherwise, enter -0- | **17** 0. | | |
| 18 Add lines 7 and 17 | **18** | | |
| 19 Enter the loss, if any, from line 18 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 17, column (c), of Schedule D (Form 1041).) Enter as a positive number. If you do not have a loss on that line, skip lines 19 through 21 and enter on line 22 the amount from line 18 | **19** | | |
| 20 Enter the loss from line 19 of Schedule D (Form 1040). (Estates and trusts, enter the loss from line 18 of Schedule D (Form 1041).) Enter as a positive number | **20** | | |
| 21 Subtract line 20 from line 19 | **21** | | |
| 22 Subtract line 21 from line 18 | | **22** | |
| 23 Net operating loss deduction for losses from other years. Enter as a positive number | **23** | | . |
| 24 Add lines 4, 12, 22, and 23 | | **24** | 8,072. |
| 25 Net operating loss. Combine lines 3 and 24. If the combined amount is less than zero, enter it here and on page 1, line 1a. If the combined amount is zero or more, you do not have a net operating loss | | **25** | -125,850. |

26101
1-24-95

Form 1045 (1994)

Page **3**

## Schedule B—Net Operating Loss Carryover. See instructions.

| Complete one column **before** going to the next column. | (a) 3rd preceding tax year ended ▶ | (b) 2nd preceding tax year ended ▶ 1992 | (c) 1st preceding tax year ended ▶ |
|---|---|---|---|
| 1  **Net operating loss deduction.** In column (a), enter as a positive number the net operating loss from Schedule A, line 25. In columns (b) and (c), enter amounts from line 8 below, columns (a) and (b), respectively . . . . . . | | 125,850 | |
| 2  Taxable income from tax return (or as previously adjusted) before 1994 NOL carryback. (For individuals, if line 37 of Form 1040 is zero, subtract line 36 (Form 1040) from line 35 (Form 1040), and enter the difference as a negative number . . . . . | — | 38,554 | |
| 3  Net capital loss deduction from Sch. D (Form 1040) (line 19 of 1993 Sch. D, line 20 of 1992 Sch. D, line 18 of 1991 Sch. D), or from Sch. D (Form 1041), line 18. Enter as a positive number | | | |
| 4  Adjustments to adjusted gross income. See instructions . . . . | | | |
| 5  Adjustment to itemized deductions. See instructions . . . . . . | | | |
| 6  Deduction for exemptions from tax return (or as previously adjusted). Estates and trusts, enter your exemption amount . . . . . . | | 2,300 | |
| 7  Modified taxable income. Combine lines 2 through 6. If zero or less, enter -0- . . . . . . . | | 40,854 | |
| 8  **Net operating loss carryover.** Subtract line 7 from line 1. If zero or less, enter -0-. See instructions . | | 84,996 | |
| **Adjustment to Itemized Deductions (Individuals Only)** Complete lines 9 through 33 **ONLY** if, for any of the 3 preceding years, you itemized deductions and line 3 above has an entry other than zero. | | | |
| 9  Adjusted gross income per return (or as previously adjusted) before 1994 NOL carryback . . . . . . | | | |
| 10  Add lines 3 and 4 above . . . . | | | |
| 11  Modified adjusted gross income. Add lines 9 and 10 . . . . . . . | | | |
| 12  Medical expenses from Sch. A (Form 1040), line 1 . . . . . . . | | | |
| 13  Multiply line 11 by .075 . . . . | | | |
| 14  Subtract line 13 from line 12. If zero or less, enter -0- . . . . . | | | |
| 15  Medical expenses from Sch. A (Form 1040), line 4 (or as previously adjusted) | | | |
| 16  Subtract line 14 from line 15 . . | | | |