IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3-02-CV-02255(SRU) |
| Plaintiff, | : | |
| v. | : | |
| NATHAN PRIMUS | : | |
| Defendant. | : | January 8, 2004 |

**DEFENDANT'S OBJECTION TO UNITED STATES OF AMERICA'S
MOTION FOR SUMMARY JUDGEMENT**

    The Defendant, Nathan Primus, by his undersigned counsel, hereby pursuant to Rule 56(e) of the Federal Rules of Civil Procedure objects to the United States of America's Motion for Summary Judgement.

    Attached hereto are a declaration in opposition of the motion, and a Local Rule 56(a)(2) Stament, and accompanying this motion is a Memorandum of Law in Opposion to the United States of America's Motion for Summary Judgement.

                                                         DEFENDANT
                                                          NATHAN PRIMUS

By: _____
Robert J. Percy
Fed. Bar No. ct01197
Siegel, O'Connor, Zangari
O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900