IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 3-02-CV-02255(SRU) |
| **Plaintiff,** | : | |
| v. | : | |
| **NATHAN PRIMUS** | : | |
| **Defendant.** | : | January 8, 2004 |

## DECLARATION OF ROBERT J. PERCY

I, Robert J. Percy, pursuant to 28 U.S.C. § 1746, declare, that:

1.   I am the attorney for the defendant, Nathan Primus. As such, I have in my possession certain originals of documents obtained from the plaintiff's attorney, Barry E. Reiferson and the tax return preparer of the defendant's 1993 and 1994 tax returns.

2. Attached herewith are the following exhibits, which are true and correct copies:

   Ex. A. Transcript of account for the taxable year 1993 for Nathan Primus;

   Ex. B. Preparer's copy of Nathan Primus's 1993 Form 1040;

   Ex. C. Transcript of account for the taxable year 1990 for Nathan Primus;

   Ex. D. Transcript of account for the taxable year 1991 for Nathan Primus;

   Ex. E. Transcript of account for the taxable year 1992 for Nathan Primus;

   Ex. F. Transcript of account for the taxable year 1994 for Nathan Primus; and

   Ex. G. Preparer's copy of Nathan Primus's 1994 Form 1040;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of January, 2004 at Hartford, Connecticut.

                                                  _____
                                                  Robert J. Percy
                                                  Fed. Bar No. ct01197
                                                  Siegel, O'Connor, Zangari,
                                                  O'Donnell & Beck, P.C.
                                                  150 Trumbull Street
                                                  Hartford, CT  06103
                                                  (860) 727-8900