## CERTIFICATE OF SERVICE

This is to certify that a copies of the foregoing Defendant's Objection to United States of America's Motion for Summary Judgement, Defendant's Local Rule 56(a)(2) Statement, Declaration of Robert J. Percy and Memorandum of Law in Opposition to the United States of America's Motion for Summary Judgement was served on counsel for the United States by mailing the same to them, postage paid, on January 8, 2004 to:

> John B. Hughes
> Assistant United States Attorney
> 157 Church Street, 23rd Floor
> New Haven, CT 06510
>
> Barry E. Reiferson
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 55
> Ben Franklin Station
> Washington, D.C. 20044

Date: 1/8/2004

Robert J. Percy
Counsel for Nathan Primus