UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                               Case Number: 3:02cv2255 (SRU)

Nathan Primus

## NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 6/10/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on July 10, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, June 11, 2004.


                    KEVIN F. ROWE, CLERK

                    By: /s/ Alice Montz_____
                        Alice Montz
                        Deputy Clerk