UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 12 P 12: 21



UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN PRIMUS,

Defendant.

_____/    July 7, 2004

Case No. 02-CV-2255(SRU)

## AGREED ORDER OF DISMISSAL

The United States of America, and the defendant, Nathan Primus, hereby AGREE:

(1) the defendant shall pay to the United States, in satisfaction of his entire outstanding

assessed employer withholding federal tax liabilities for tax year 1988, $3,528.33 plus

statutory interest accruing after July 1, 2004 until paid;

(2) the defendant has no outstanding individual income tax liability for the taxable year

1992

(3) the parties shall bear their own costs and fees relating to this matter; and

(4) the Complaint is dismissed with prejudice.

**FOR THE UNITED STATES:**

_[signature]_

BARRY E. REIFERSON (CT24580)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 514-6058

**FOR THE DEFENDANT:**

_by telephone authorization_

_Robert J. Percy_

ROBERT J. PERCY (CT01197)
Siegel, O'Connor, Zangari, O'Donnell
& Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900

**IT IS SO ORDERED**.

Dated: _July 12, 2004_

_[signature]_

UNITED STATES DISRICT JUDGE